UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALFREDO A. and JULIO S.C., | Case No. 26-CV-1016 (PJS/DLM) |
| Petitioners, | |
| v. | ORDER |
| DAVID EASTERWOOD, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and PAMELA BONDI, in her official capacity as Attorney General of the United Stats, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioners Alfredo A. and Julio S.C. by no later than February 6, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the habeas petition.

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Santos M.C. v. Olson*, No. 25-CV-4264 (PJS/DJF), 2025 WL 3281787 (D. Minn. Nov. 25, 2025); and

    e.    Respondents' view as to whether the absence of a warrant preceding petitioner's arrest necessitates petitioner's immediate release.

3.    If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than February 8, 2026.

4.    Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considered the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of

- 3 -

jurisdiction over the petition.  If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated: February 3, 2026                    s/ Patrick J. Schiltz
                                                               Patrick J. Schiltz, Chief Judge
                                                               United States District Court