UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ALFREDO A. and JULIO S.C., | Case No. 26-CV-1016 (PJS/DLM) |
| Petitioners, | |
| v. | ORDER |
| DAVID EASTERWOOD, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and PAMELA BONDI, in her official capacity as Attorney General of the United States, | |
| Respondents. | |

---

This matter is before the Court on petitioner Alfredo A.'s supplement to the petition for a writ of habeas corpus, filed on February 5, 2026. ECF No. 4.[1] The supplement represents that Alfredo's minor son "was badly burned in an accident" and "is now scheduled for emergency surgery for second and third degree burns[.]" ECF

---

[1] Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by his first name and last initial.

No. 4 at 1.  After surgery, Alfredo's son is "expected to be hospitalized for 2-3 weeks." *Id.*

Counsel for Alfredo requested an expedited briefing schedule "in light of this development."  ECF No. 4 at 2.  Given the emergency circumstances—and given the fact that Alfredo appears to have no criminal record, does not appear to pose any danger to the public, and seems unlikely to flee and abandon his son—the Court will order Alfredo's immediate release pending resolution of his petition.[2]  The briefing deadlines in the Court's February 3, 2026, Order to Show Cause remain in effect.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT petitioner Alfredo A. must be RELEASED from custody immediately—and that Alfredo must not leave the District of Minnesota—until further order of this Court.

Dated: February 6, 2026　　　　　　　　　　　/s/ Patrick J. Schiltz  
　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz, Chief Judge  
　　　　　　　　　　　　　　　　　　　　　　United States District Court

---

[2]The Court notes that Alfredo's partner, who was detained in New Mexico, has also been ordered released to allow her to return to Minnesota and be present for her son's surgery and recovery.  *See Valentina T.M. v. Bondi*, No. 2:26-CV-0273-MIS-DLM, ECF No. 14 (D.N.M. Feb. 5, 2026); ECF No. 4 at 2 n.1.