# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Alfredo Alejandro Aljorna and Julio Cesar Sosa-Celis, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-01016-PJS-DLM |
| David Easterwood, Todd Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and Pamela Bondi, | |
| Respondents, | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioners' petition for habeas corpus [ECF No. 1] is GRANTED. Specifically, the Court:

    a. DECLARES that petitioners are not subject to mandatory detention under 8 U.S.C. § 1225(b)(2); and

    b. ORDERS respondents to release petitioner Julio S.C. from custody immediately, subject to the Order Setting Conditions of Release in criminal case number 26-mj-0023 (PAM/DLM).

2. The remainder of petitioners' petition is DENIED WITHOUT PREJUDICE.

3. Alfredo's motion for contempt [ECF No. 8] is DENIED as MOOT.

Date: 2/9/2026                                        KATE M. FOGARTY, CLERK