UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ALFREDO A. and JULIO S.C., | Case No. 26-CV-1016 (PJS/DLM) |
| Petitioners, | |
| v. | ORDER |
| DAVID EASTERWOOD, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and PAMELA BONDI, in her official capacity as Attorney General of the United States, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT respondents are directed to file an answer to petitioner Julio S.C.'s motion for additional relief [ECF No. 18] by no later than 5:00 pm on March 7, 2026.  Respondents' answer must either:

1. Confirm the return of petitioner's driver's license, social security card, work authorization, and/or any other property retained following petitioner's release from custody; or

2. Identify the legal basis for respondents' retention of petitioner's property following his release from custody.

Dated: March 6, 2026                         /s/ Patrick J. Schiltz
                                                                                  Patrick J. Schiltz, Chief Judge
                                                                                  United States District Court