UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ALFREDO A. and JULIO S.C., | Case No. 26-CV-1016 (PJS/DLM) |
| Petitioners, | |
| v. | ORDER |
| DAVID EASTERWOOD, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and PAMELA BONDI, in her official capacity as Attorney General of the United States, | |
| Respondents. | |

---

Brian D. Clark, Adam R. George, and Steve E. Serdikoff, LOCKRIDGE GRINDAL NAUEN PLLP, for petitioners.

David W. Fuller, Friedrich A.P. Siekert, and Trevor Brown, UNITED STATES ATTORNEY'S OFFICE, for respondents.

On March 5, 2026, the Court ordered respondents to file an answer to petitioner Julio S.C.'s motion for additional relief [ECF No. 18] by no later than 5:00 pm on

March 7, 2026.  ECF No. 21.[1]  Respondents were ordered to either (1) confirm the return of Julio's property, or (2) identify the legal basis for respondents' retention of Julio's property following his release from custody.  *Id.*

On March 6, 2026, Julio's counsel filed a notice withdrawing Julio's motion.  ECF No. 22.  Because Julio's property has been retrieved from the Whipple Federal Building, the Court will deny Julio's motion as moot.

ORDER

IT IS HEREBY ORDERED THAT petitioner Julio S.C.'s motion for additional relief [ECF No. 18] is DENIED as MOOT.

Dated: March 6, 2026                                /s/ Patrick J. Schiltz
                                                                    Patrick J. Schiltz, Chief Judge
                                                                    United States District Court

---

[1] Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by his first name and last initial.