UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ALFREDO A. and JULIO S.C.,

Petitioners,

v.

DAVID EASTERWOOD, in his official
capacity as Field Office Director, St. Paul
Field Office, U.S. Immigration and
Customs Enforcement; TODD LYONS, in
his official capacity as Director of U.S.
Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; U.S.
DEPARTMENT OF HOMELAND
SECURITY; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; and
PAMELA BONDI, in her official capacity
as Attorney General of the United States,

Respondents.

Case No. 26-CV-1016 (PJS/DLM)

ORDER

---

This matter is before the Court pursuant to respondents' unopposed motion to

extend response deadline.  ECF No. 31.  Respondents' response memorandum to

petitioners' motion for attorneys' fees [ECF No. 19] is currently due on March 19, 2026.

Respondents are seeking an extension, to April 10, 2026, for the filing of respondents'

response memorandum.  Counsel for respondents indicated that due to the press of

other business, counsel has not had adequate time to prepare a response memorandum

in this matter.  Counsel for respondents further indicated that counsel will be out of the

office from March 19, 2026 until April 1, 2026.  Counsel for petitioners do not oppose the requested extension.

Based upon all the files, records and proceedings herein,  IT IS HEREBY ORDERED that:

1.      Respondents' unopposed motion to extend response deadline [ECF No. 31] is GRANTED.

2.      Respondents' response memorandum to petitioners' motion for attorneys' fees must be filed by April 10, 2026.

Dated: March 19, 2026                        /s/ Patrick J. Schiltz
                                             Patrick J. Schiltz, Chief Judge
                                             United States District Court